GLOBAL AMERICAN INSURANCE MANAGERS, A NEW JER-
SEY. CORPORATION, PLAINTIFF-APPELLANT, v. PER-
ERA COMPANY, INC., A CORPORATION AND PERERA-
DEAK & CO., A CORPORATION, DEFENDANTS-RESPON-
DENTS.

Superior Court of New Jersey
Appellate Division

Argued September 21, 1976—Decided September 29, 1976.

Before Judges HALPERN, ALLCORN and BOTTER.

*Mr. Merritt T. Viscardi* argued the cause for appellant
(*Messrs. Apruzzese & McDermott,* attorneys).

*Mr. Morris R. Zucker* argued the cause for respondents
(*Messrs. Zucker, Lowenstein, Gurny, Facher & Zucker,* at-
torneys).

PER CURIAM. The judgment is affirmed essentially for the
reasons stated by Judge Antell in the Chancery Division, 137
*N. J. Super.* 377.